GEORGE T. NAEGLE [5001]
CORTNEY KOCHEVAR [11157]
RICHARDS BRANDT MILLER NELSON
111 East Broadway, Suite 400
P.O. Box 2465
Salt Lake City, Utah 84110-2465
Email: george-naegle@rbmn.com
      cortney-kochevar@rbmn.com
Telephone: (801) 531-2000
Fax No. (801) 532-5506
*Attorneys for Defendant Kennon Tubbs, MD*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE ESTATE OF MADISON JODY JENSEN, by her personal representative Jared Jensen,<br><br>      Plaintiff,<br>vs.<br><br>DUCHESNE COUNTY, a Utah governmental entity; DAVID BOREN, and individual, JARED HARRISON, an individual, JASON CURRY, an individual, JEREMY CURRY, an individual, JANA CLYDE, an individual, LOGAN CLARK, an individual, KENNON TUBBS, an individual, and JOHN DOES 1-20;<br><br>      Defendants. | **Defendant Kennon Tubbs, M.D.'s Notice of Appeal**<br><br>Case No. 2:17-CV-01031<br><br><br>Case No. 2:17-CV-01031-EJF<br>Judge David Barlow<br>Magistrate Judge Evelyn J. Furse |

Notice is hereby given that Dr. Kennon Tubbs, Defendant in the above-named case and by and through his counsel of record, George T. Naegle and Cortney Kochevar of RICHARDS BRANDT MILLER NELSON, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Order and Memorandum Decision [DN 168] by the Honorable Judge Dale A. Kimball entered

January 21, 2020, which is attached hereto as Exhibit A. This appeal is made as a matter of right pursuant to 10th Circuit Rule 3, based on the denial of Defendant Dr. Tubbs' Motion for Summary Judgment on the ground of qualified immunity. *See Mitchell v. Forsyth*, 472 U.S. 511, 527 (1985).

DATED this 20th day of February, 2020.

RICHARDS BRANDT MILLER NELSON

*/s/ Cortney Kochevar*
GEORGE T. NAEGLE
CORTNEY KOCHEVAR
*Attorneys for Defendant Kennon Tubbs, MD*
111 E. Broadway, Suite 400
Salt Lake City, Utah 84111

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of February, 2020, I served the foregoing Notice of Appeal on the persons identified below as indicated:

| | | |
|---|---|---|
| Ryan B. Hancey<br>Scott S. Bridge<br>KESLER & RUST<br>68 S. Main Street, Suite 200<br>Salt Lake City, Utah   84101<br>*rhancey@keslerrust.com*<br>*sbridge@keslerrust.com*<br>***Attorneys for Plaintiff*** | ☐<br>☐<br>☑<br>☐ | U.S. Mail – Postage Prepaid<br>Hand Delivery<br>Electronic Filing<br>Email |
| Michael J. Miller<br>Kathleen J. Abke<br>STRONG & HANNI<br>102 South 200 East, Suite 800<br>Salt Lake City, UT 84111<br>*mmiller@strongandhanni.com*<br>*kabke@strongandhanni.com*<br>***Attorneys for Logan Clark, PA-C*** | ☐<br>☐<br>☑<br>☐ | U.S. Mail – Postage Prepaid<br>Hand Delivery<br>Electronic Filing<br>Email |
| Jesse C. Trentadue<br>Michael W. Homer<br>Noah M. Hagland<br>Robert. J. Brennan<br>SUITTER AXLAND<br>8 E. Broadway, Suite 200<br>Salt Lake City, UT 84111<br>*Jesse32@sautah.com*<br>*mhomer@sautah.com*<br>*nhoagland@sautah.com*<br>*rbrennan@sautah.com*<br>***Attorneys for Duchesne County, David Boren, Jared Harrison, Jason Curry, Jeremy Curry*** | ☐<br>☐<br>☑<br>☐ | U.S. Mail – Postage Prepaid<br>Hand Delivery<br>Electronic Filing<br>Email |
| Frank D. Mylar<br>MYLAR LAW, P.C.<br>2492 Bengal Blvd.<br>Salt Lake City, Utah 84121<br>*Mylar-law@comcast.net*<br>***Attorneys for Jana Clyde*** | ☐<br>☐<br>☑<br>☐ | U.S. Mail – Postage Prepaid<br>Hand Delivery<br>Electronic Filing<br>Email |

*/s/ Cortney Kochevar*

G:\EDSI\DOCS\09828\1440\1A73253.DOCX