THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| THE ESTATE OF MADISON JODY JENSEN, by her personal representative Jared Jensen,<br>　　　　　　Plaintiff,<br>v.<br><br>DUCHESNE COUNTY, a Utah governmental entity, JANA CLYDE, an individual, LOGAN CLARK, an individual,<br><br>　　　　　　Defendants. | **JUDGMENT**<br><br>Case No. 2:17-cv-01031<br><br>Judge David Barlow |

This action came before the court for a trial by jury. The issues have been tried, and the jury has rendered its verdict. IT IS ORDERED AND ADJUDGED that:

1. Judgment is entered in favor of the plaintiff, the Estate of Madison Jody Jensen, by her personal representative Jared Jensen, against Defendant Jana Clyde in the amount of $50,000 on the Estate's § 1983 claim.

2. Judgment is entered in favor of the plaintiff, the Estate of Madison Jody Jensen, by her personal representative Jared Jensen, against Defendant Duchesne County in the amount of $14,957,508.45 on the Estate's § 1983 claim.

3. Judgment is entered in favor of defendant Logan Clark on plaintiff's § 1983 claims against him.

SIGNED: April 21, 2025.　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　David Barlow
　　　　　　　　　　　　　　　　　　United States District Court Judge